

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00143-CR

Victor Xavier Snell
v.
The State of Texas

On Appeal from the
275th District Court of Hidalgo County, Texas
Trial Cause Nos. CR-2198-13-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered these causes on appeal, concludes the appeals should be dismissed. The Court orders these appeals DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

December 10, 2014